William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 2:08-cr-483 (SDW) |
| | : | |
| ALEXANDER KONDRATIEV | | |
| | : | ORDER |

This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail, and the Government (by and through Assistant U.S. Attorney Harvey Bartle, IV), having no objection to entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order and for good cause shown;

It is on the 23rd day of February, 2012:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit Pre Trial Services, at its sole discretion and in consultation with the United States Attorney's Office, to permit Defendant to travel to the state of Vermont from February 23, 2012 through and including February 27, 2012.

IT IS FURTHER ORDERED that, between February 23, 2012 to February 27, 2012, Defendant Alexander Kondratiev's bail be and hereby is modified to permit the Defendant to temporarily stay at any location with the prior approval of Pre Trial Services (in consultation with the U.S. Attorney's Office) and under any such terms and conditions that Pre Trial Services deems necessary.

IT IS FURTHER ORDERED that after February 27, 2012, these modifications shall no longer be in effect and that this Court's prior Orders establishing the conditions of bail and travel restrictions shall govern.

_____
Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

We hereby consent to the form and entry of the within Order.

ASSISTANT U.S. ATTORNEY

by _____
HARVEY BARTLE, IV
Attorney for United States

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

by _____
William J. Hughes, Jr.
Attorneys for Defendant