William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ   08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 2:08-cr-483(SDW) |
| | : | |
| ALEXANDER KONDRATIEV | : | ORDER |

This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail, and the Government (by and through Assistant U.S. Attorney Harvey Bartle, IV), having no objection to entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order and for good cause shown;

It is on the 25th day of April, 2012:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit Pre Trial Services, at its sole discretion and in consultation with the United States Attorney's Office, to permit Defendant to travel outside of the District of New Jersey and within the continental United States.

IT IS FURTHER ORDERED that, during the times of such travel, the Office of Pretrial Services may impose remote or in-person reporting requirements in this District other in other Districts as it deems necessary and proper.

IT IS FURTHER ORDERED that all other terms and conditions of this Court's prior Orders establishing the conditions of bail and travel restrictions shall remain in effect.

									_____
									Hon. Susan D. Wigenton
									District Court Judge
									District of New Jersey

We hereby consent to the form and entry of the within Order.

ASSISTANT U.S. ATTORNEY

by _____
	HARVEY BARTLE, IV
	Attorney for United States


COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

by _____
	William J. Hughes, Jr.
	Attorneys for Defendant